O 241 (Rev. 9/17) (Conviction, INND Rev. 2/20)  page 1

USDC IN/ND case 3:23-cv-00178-DRL-JPK   document 1   filed SCANNED at NICF and Emailed on
3/3/23 by SW - 6 pages
(date)   (initials)   (num)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to challenge one State court conviction or one probation/parole revocation proceeding.*
*If you want to challenge more than one, you must file a separate form for each one.*
*If you are challenging a prison disciplinary proceeding or a federal conviction, you need a different form.]*

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION BY A PERSON IN STATE CUSTODY

| Name (under which you were convicted): | Case No. *[For a new case in this court, leave blank. The court will assign a case number.]* |
|---|---|
| Matthew Jordan Tyra | 3:23-cv-178 |
| Place of Confinement : Miami Correctional Facility | |

*[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case.*
*DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]*

## CONVICTION AND SENTENCE

1. What State court entered the judgment you are challenging? GRANT County, Superior 2

   Criminal case number: 27D02-1203-MR-2 . Did you plead guilty? ○ Yes. ● No.

   Length of sentence: 65 years . Date of sentencing: 11 / 25 / 2013

   Crime(s) for which you were sentenced: (MURDER)

   _____

   _____

## PROBATION/PAROLE REVOCATION

2. Are you challenging a probation/parole revocation? ● No. ○ Yes, the revocation hearing was held on: ___/___/_____

   by _____ and I was revoked because _____

   *[For a challenge to a revocation proceeding, list only direct appeals, post-conviction relief petitions, and other collateral attacks that were associated with challenging the revocation.]*

## DIRECT APPEAL *[Do not include post-conviction relief petitions or other collateral attacks in this section.]*

3. Did you directly appeal to the Court of Appeals of Indiana? ○ No. ● Yes, case number: 19A-CP-01074

   Result: direct Appeal written untimely . Date of result: 7 / 17 / 2019

   Did you seek transfer to the Indiana Supreme Court? ● No. ○ Yes, case number: _____

   Result: _____ . Date of result: ___/___/_____

   Did you petition for certiorari to the United States Supreme Court? ● No. ○ Yes, case number: _____

   Result: _____ . Date of result: ___/___/_____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## FIRST POST-CONVICTION RELIEF PETITION

4. Did you file a post-conviction relief petition in State court? ○ No. ⊙ Yes, case number: _27D8P - 1512 - Pc -12_

Name of court: _Grant County Superior 2_ . Date of filing: _12 / 7 / 2021_

Result: _Agreed Resolution_ . Date of result: _3 / 2 / 222_

Did you appeal to the Court of Appeals of Indiana? ○ No. ⊙ Yes, case number: _19A-CP-831_

Result: _Modification updated_ . Date of result: _3 / 14 / 19_

Did you seek transfer to the Indiana Supreme Court? ⊙ No. / ○ Yes, case number: _____

Result: _____ . Date of result: ____ / ____ / ____

## OTHER COLLATERAL ATTACKS

5. Other than the cases listed above, have you filed anything else in <u>State</u> court challenging this conviction or revocation?

○ No. ⊙ Yes, I filed: _A (Doc) on 7-27-18_ . Case number: _27D0 -DP- Pc -12_

Name of court: _Grant County Cir. Superior Ct_ . Date of filing: _7 / 27 / 18_

Result: _Mod updated_ . Date of result: _3 / 2 / 22_

Did you appeal to the Court of Appeals of Indiana? ⊘ No. ○ Yes, case number: _____

Result: _____ . Date of result: ____ / ____ / ____

Did you appeal to the Indiana Supreme Court? ⊘ No. ○ Yes, case number: _____

Result: _____ . Date of result: ____ / ____ / ____

6. Have you challenged this conviction or revocation in <u>federal</u> court? ○ No. ⊙ Yes, case number: _19A-SD-19774_

Name of court: _Court of Appeals_ . Result: _Mod (updated)_

7. Have you challenged this conviction or revocation in any other case or appeal? ○ No. ⊙ Yes. *[Attach an additional sheet listing the nature of the proceeding, court, case number, file date, judgment date, and result.]*

## <u>FILING FEE</u> [The fee for filing this habeas corpus petition is $5.00.]

8. Are you paying the $5.00 filing fee?

○ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

⊙ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

*[State every ground on which you are being held in violation of the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*
<u>***CAUTION:***</u>
<u>***If you do not present every ground in this petition, you may be barred from doing so later.***</u>]

*[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]*

**GROUND ONE:** [Briefly describe your claim.] Section 3 of article 3
levying war is Treason

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
robert Rheem attempted to make war against
state and myself because his daughter was
conquired and destroyed

Did you present Ground One to the Indiana Supreme Court?   ○ Yes - Explain when and how.   ⊙ No - Explain why not.
Im a peaceful person who not tempted

**GROUND TWO:** [Briefly describe your claim.] Section 3/4 of Article
4 Supported by my bb

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
I was naturally born to two legitamate adults
Traci L Garber and David B Tyra being Saylly a
heir and I was the cause of explantive placed
on him and her wich resulted in my life

Did you present Ground Two to the Indiana Supreme Court?   ○ Yes - Explain when and how.   ⊙ No - Explain why not.
I chose to remain silent

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

**GROUND THREE:** [Briefly describe your claim.] 4th 5th 6th 7th Amendment violations

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

I signed a plea bargain the state gave me money and time and still owe me to speak of life or I grow older I wonder if I'll die lonely

Did you present Ground Three to the Indiana Supreme Court? ○ Yes - Explain when and how. ⊗ No - Explain why not.

Silence & Secrecy

**GROUND FOUR:** [Briefly describe your claim.] 7th amendment violation

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

because she took the time to tell me I could have whatever I like and she denied me a marriage I attempted to cease sexual intercourse to make a baby and more peace she didn't let me have sex I fixed her door I tried but she resisted me been enough to custody or custody

Did you present Ground Four to the Indiana Supreme Court? ○ Yes - Explain when and how. ⊗ No - Explain why not.

I don't owe it to the world it owes it to us

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## TIMELINESS OF PETITION

> The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides that:
> (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -
> (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
> (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
> (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
> (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

9. Explain why this petition is timely under the provisions of 28 U.S.C. § 2244(d).

I've been through several people in my life
Never killed people Never told me why not to
kill & then everything everyone ackok told
to be their friend telephones to cop tempting
me I was taught well I not a snitch
at IU my brothers helped me as I took
two seconds to do his laundry gone want
to be pro but ima be myself (regardless
please forgive me ima cool gangster gentleman
and was not misled who anyone done out my
cousin was ignorant

## RELIEF

I ask for the following relief: Release and forgiveness I forgive
myself allday everyday sanitary conditions
cod defaming of character _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on _3_ / _1_ /20 _23_ at _Evening_ am/pm
[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true and agree to promptly notify the court of any change of address.

_Matthew g Gypt_
Signature

_2422217_
Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]