# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MATTHEW JORDAN TYRA

    Petitioner

v.

Civil Action No.  3:23-cv-178

WARDEN,
Miami Correctional Facility

    Respondent.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED as an unauthorized successive petition in violation of 28 U.S.C. § 2244(b)(3)(A). The Court DENIES petitioner, Matthew Jordan Tyra a certificate of appealability pursuant to Section 2254 Habeas Corpus Rule 11.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R Leichty as to the Petition for Writ of Habeas Corpus.

DATE: 3/17/2023            CHANDA J. BERTA, ACTING CLERK OF COURT

                                                   by   s/A. Highlen _____
                                                   *Signature of Clerk or Deputy Clerk*